# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gale Boyes,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Banner Health, et al.,<br><br>　　　　　　Defendants. | No. CV-15-02502-PHX-ROS<br><br>**ORDER** |

The Court having been notified that this matter has settled in its entirety (Doc. 27),

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **April 22, 2016**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** the March 23, 2016 scheduling conference is **VACATED**.

Dated this 22nd day of March, 2016.

　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　Senior United States District Judge