```
Kristin Kalani, SBN 030240
Erin Rose Ronstadt, SBN 028362
OBER & PEKAS, PLLC
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
kristin@oberpekas.com
erin@oberpekas.com
```

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gale Boyes, a single woman,<br><br>    Plaintiff,<br><br>v.<br><br>Banner Health, a plan administrator; Banner Health Master Health and Welfare Benefits Plan, an ERISA benefit plan; and Life Insurance Company of North America, a Cigna company, a plan fiduciary;<br><br>    Defendants. | Case CV-15-02502-PHX-ROS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Gale Boyes and Defendants Banner Health, Banner Health Master Health and Welfare Benefits Plan, and Life Insurance Company of North America, by and through their respective undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Ms. Boyes' lawsuit in its entirety, with each party to bear its own costs and attorneys' fees.

    DATED this 22nd day of April, 2016.

                            OBER & PEKAS, PLLC

                            By: *s/ Kristin Kalani*
                                  Kristin Kalani
                                  Erin Rose Ronstadt
                                  *Attorney for Plaintiff*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/ Kristina N. Holmstrom (with permission)*
   Kristina N. Holmstrom
   Georgia L. Hamann
   *Attorneys for Defendant Life insurance Company of North America*

COPPERSMITH BROCKELMAN PLC

By: *s/ Scott M. Bennett (with permission)*
   Scott M. Bennett
   *Attorney for Defendants Banner Health and Banner Health Master Health and Welfare Benefits Plan*

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2016, I electronically transmitted the Joint Stipulation of Dismissal With Prejudice to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina N. Holmstrom (State Bar No. 023384)
Georgia L. Hamann (State Bar No. 027574)
Lewis Roca Rothgerber Christie, LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
kholmstrom@lrrc.com
ghamann@lrrc.com
*Attorneys for Life Insurance Company of North America*

Scott M. Bennett (State Bar No. 022350)
Coppersmith Brockelman, PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
sbennett@cblawyers.com
*Attorney for Defendants Banner Health, and Banner Health Master Health and Welfare Benefits Plan*

*s/ Ashley Porter*