# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gale Boyes,<br><br>    Plaintiff,<br><br>v.<br><br>Banner Health, et al.,<br><br>    Defendants. | No. CV-15-02502-PHX-ROS<br><br>**ORDER** |

  Pursuant to the parties' stipulation of dismissal (Doc. 29) and good cause appearing,

  **IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

  Dated this 22nd day of April, 2016.

                Honorable Roslyn O. Silver
                Senior United States District Judge